# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 1:20-cr-00186** |
| **Plaintiff,** | ) | |
| | ) | **JUDGE SARA LIOI** |
| **v.** | ) | |
| | ) | **MOTION TO EXTEND PLEA** |
| **STEVEN FOSTER,** | ) | **DEADLINE** |
| **Defendant.** | ) | |

Now comes Defendant, by and through undersigned counsel, and hereby moves this Court for an Order extending the plea deadline in this matter, which is currently set for December 16, 2022.

Defense counsel needs additional time to prepare for a potential plea. This request is not made for purposes of delay.

Wherefore, Defendant respectfully requests this Court issue an order extending the plea deadline.

    Respectfully submitted,

    DICAUDO, PITCHFORD & YODER, LLC

    /s/ J. Reid Yoder
    J. Reid Yoder (0076587)
    209 S. Main Street, Third Floor
    Akron, Ohio 44308
    Telephone:    330.762.7477
    Facsimile:    330.762.8059
    Email:    ryoder@dpylaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 15, 2022, a copy of the foregoing was served upon counsel for all parties via the Court's electronic filing system.

/s/ J. Reid Yoder
J. Reid Yoder (0076587)