IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR186 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| -v- | ) | UNITED STATES OF AMERICA'S |
| | ) | UNOPPOSED MOTION FOR |
| DAVID PECE, et al., | ) | CONTINUANCE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by its counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Michael A. Sullivan, Assistant U.S. Attorney, and respectfully moves the Court to continue the trial currently scheduled for February 13, 2023. This case is related to the Northern District of Ohio Case No. 1:20CR187, United States v. Richard Eby. In fact, a trial of this matter will require the same exhibits and testimony from the same witnesses as Case No. 1:20CR187; including testimony from as many as four victims. In order to spare the victims the trauma of having to testify twice, the United States has indicated from the outset of this case that, if it were to go to trial, the United States would move to consolidate the two cases. That is still the intent of the United States. Therefore, given that this Court has ordered Richard Eby to undergo a psychiatric exam, the trial in Case No. 1:20CR187 will necessarily be continued, and the United States now moves for this case to be continued as well so that both cases can be tried together, and the victims are spared the need to testify twice. The attorney for the United States has spoken to Donald Hicks and J. Reid Yoder, attorneys for Richard Avery and Steven Foster, respectively. They have each indicated that they do not

oppose this motion, and indeed both participated in a status conference with the court in selecting new dates.

Therefore, the United States moves for the trial, set for February 13, 2023, be continued and all dates be set as agreed upon during the January 19, 2023, status conference

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By:   /s/ Michael A. Sullivan
Michael A. Sullivan (NY: 2249993)
Assistant U.S. Attorney
Suite 400, U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
Tel. No. (216) 622-3977
Fax No. (216) 522-2403
e-mail: michael.a.sullivan@usdoj.gov